UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KARA REDDINGTON, as Administratrix ) <br> of the Estate of Daniel E. Reddington; ) <br> KARA REDDINGTON, as Mother and Next Friend ) <br> of DANIEL ERIC REDDINGTON, JR. and ) <br> COLE MADER REDDINGTON; and ) <br> KARA REDDINGTON, Individually, ) <br> Plaintiffs ) <br> ) <br> vs. ) <br> ) <br> U.S. TRUCK CRANES, INC., and ) <br> JLG INDUSTRIES, INC., ) <br> Defendants ) | CIVIL ACTION <br> NO. 07-CA-10765-GAO |

## JOINT DISCOVERY PLAN

Pursuant to Local Rule 16.1 and the Court's Notice of Scheduling Conference Order, the parties (having conferred and agreed) hereby submit the following proposed discovery plan. Local Rule 16.1(D)(3) certifications have been filed separately.

A. DISCOVERY SCHEDULE

1. 09/02/07 – Initial Disclosures under Fed. R. Civ. P. 26(a)(1).

2. 10/02/07 - Motions pursuant to Rules 12, 13, 14, 15, 18 and 19

3. 11/02/07 – Service of Initial Discovery Requests under Fed. R. Civ. P. 33 and 34.

4. 03/31/08 - Depositions of named parties and fact witnesses

5. 03/31/08 - All motions regarding discovery disputes

6. 05/31/08 - Plaintiffs' Expert Disclosure

7. 07/15/08 - Deposition of Plaintiffs' Expert Witnesses

8. 07/31/08 - Defendant's Expert Disclosure

9. 08/31/08 - Deposition of Defendant's Expert Witnesses

10. 08/31/08 - Completion of Discovery

11. 11/15/08 - Dispositive Motions with Supporting Memoranda

12. Opposition to Dispositive Motions - 21 days after service of motion

13. Pretrial Conference and Trial Date to be scheduled after 11/15/08.

B. DISCOVERY GENERALLY

1. **Interrogatories:** A maximum of 25 interrogatories by each party to any other party.

2. Requests for Admission: A maximum of 25 Requests for Admission by each party to any other party.

3. Depositions: A maximum of 10 fact depositions by each party. Each fact deposition is limited to a maximum of 7 hours unless extended by agreement of the parties. The parties will be permitted to take an unlimited number of expert depositions. Expert depositions are limited to two 7 hour days unless extended by agreement of the parties. The plaintiff's experts in each particular field of expertise will be deposed first with the defendants' experts in each particular field of expertise to be deposed thereafter.

4: Alternative Dispute Resolution: The parties will consider mediation or other forms of alternative dispute resolution after initial discovery and an inspection of the product. The plaintiff shall present the defendant with a settlement demand by 8/31/07.

5. Trial Estimate: Two-three full weeks.

The parties have conferred, considered and taken into account in this proposed discovery schedule their obligations to limit discovery and conduct phased discovery. There is no additional agreement between the parties at this time regarding ESI materials

or assertions of privilege beyond the manner in which those matters are provided for in the Federal Rules of Civil Procedure.

| | |
|---|---|
| **KARA REDDINGTON, Individually and as Administratrix of the Estate of Daniel E Reddington, DANIEL ERIC REDDINGTON, JR., and COLE MADER REDDINGTON,** | **JLG INDUSTRIES, INC.** |
| By their Attorneys, | By its Attorneys, |
| LEAVIS & REST, PC | CAMPBELL CAMPBELL EDWARDS & CONROY, PC |
| */s/ Deborah M. Santello* | */s/ Kiley M. Belliveau* |
| Paul F. Leavis BBO # 290580 | James M. Campbell BBO # 541882 |
| Deborah M. Santello BBO # 555431 | Kiley M. Belliveau BBO # 661328 |
| 83 Central Street | One Constitution Plaza |
| Boston, MA 02109 | Boston, MA 02129 |
| 617-742-1700 | 617-241-3000 |

## CERTIFICATE OF SERVICE

I, Kiley M. Belliveau, of Campbell Campbell Edwards & Conroy, P.C., attorney for JLG Industries, Inc., hereby certify that on May 14, 2007, a true copy of the above document was served upon the following counsel of record via the ECF/CM System:

Paul F. Leavis, Esq.
Deborah Santello, Esq.
Leavis and Rest, P.C.
83 Central Street
Boston, MA 02109

I certify that a true copy of the above document was served upon the following party by First Class Mail:

U.S. Truck Cranes, Inc.
30 West & Bowman Road
R.D. 6 Box 34-B
York, Pennsylvania

                */s/ Kiley M. Belliveau*
                Kiley M. Belliveau